Sandy Schinzel

V.

Lt. Col. Charles G. Tate

**To The Honorable Bexar County Judge**

15-158-CV

2015 MAR 26 AM 10:08

FILED IN THE COURT OF APPEALS AT SAN ANTONIO



Petitioner/Defendant Pro Se Sandy Schinzel seeks **Urgent immediate relief** until the County court can hear the Writ of Supersedeas and Motion for Stay that is scheduled for April 2, 2015. Petitioner/Defendant requests an Emergency Stay of any and all Orders, Judgements, Writs of Possession, from Justice of Peace Court 4, place 2 Judge Yolanda Uresti.

Petitioner/Defendant Sandy Schinzel respectfully pleads that the court act on this **Urgent Emergency Motion** today or it will cause irreparable severe damages to the Petitioner/Defendant Sandy Schinzel.

Petitioner/Defendant filed a petition for Writ of supersedeas and Motion to Stay in Bexar County Court to Stay the enforcement of the Justice of the Peace, Judge Yolanda Uresti's judgement dated February 27, 2015, and the Judge's repeated denials for Defendant to Appeal to County Court for relief and Judge Uresti's possible Writ of Possession. The **eviction is not for nonpayment of rent.** The eviction is for "holding over." The landlord has accepted rent for January, February and March 2015 after accepting January's rent on December 30, 2014 at 4:30p.m. Landlord accepting rent legally forfeits her right to evict.

Petitioner/Defendant rents are all paid in full and current for March and for the past 16 months. This is a wrongful, malicious retaliation eviction by landlord. Petitioner/Defendant Sandy Schinzel has been denied her legal right to appeal the Justice of the Peace Judges decisions and many other legal rights before Justice of the Peace, Court 4, 2 Judge Yolanda Uresti. Justice of the Peace Judge Uresti will not allow this case to leave her control.

The landlord's sole goal is to destroy Petitioner/Defendant Sandy Schinzel'z excellent long term rental history and credit to place Petitioner/Defendant Sandy Schinzel homeless with two dogs and four cats, her personal items and expensive furniture on the street. Landlord's malicious actions are in retaliation.

The landlord began these malicious actions affecting Petitioner/Defendant Sandy Schinzel when she refused to fix the broken toilet in the main bathroom, even after Petitioner/Defendant Sandy Schinzel had estimates from several places for the repairs. The landlord also refused to insert window air conditioning units and removed Petitioner/Defendant Sandy Schinzel's son's personal unit in his bedroom. The landlord, additionally refused to install wall lighting in the master bedroom, fix or replace a broken dishwasher, as well as the heating element in the master bathroom in Petitioner/Defendant Sandy Schinzel's apartment. On January 7, 2015 the Petitioner/Defendant Sandy Schinzel's had her 2004 Jeep Liberty Renegade stolen as well as her rent money. The theft was committed by Daniel C. Ramirez.

If the **Urgent Emergency Stay** is not granted Petitioner/Defendant Sandy Schinzel and her expensive furniture and belongings will be placed on the street and Petitioner/Defendant Sandy Schinzel will suffer

irreparable harm and extreme damages. Petitioner/Defendant Sandy Schinzel's rent is paid for March and Petitioner/Defendant Sandy Schinzel and pets do not have anywhere to go if placed on the street by Justice of the Peace Judge Yolanda Uresti on March 25, 2015. Petitioner/Defendant is handicapped with viral Encephalitis resulting in moderate hearing loss. Petitioner/Defendant Sandy Schinzel has suffered injuries and duress of two abusive partners; Stephen Becker Case # ₿C07566948 and Joe V. Martinez. The latter case was dismissed by Judge Monica Gonzales on December 19, 2014. Petitioner/Defendant does not have any money, does not work because of disability injuries.

WHEREFORE, Petitioner/Defendant Sandy Schinzel respectfully pleads Justice of the Peace 4, Justice of the Peace Judge Yolanda Uresti's orders, judgements, Writs of Possession until the Honorable Court can hear the Writ of Supersedeas and Motion to Stay on April 2, 2015 at 9:30am as scheduled.

Respectfully Submitted,

Sandy Schinzel
8210 Glenfox
Windcrest, TX  78239
210-429-2645

AFFIDAVIT OF SANDY SCHINZEL

I, SANDY SCHINZELM state and swear under oath that the facts on the URGENT EMERGENCY MOTION for IMMEDIATE RELIEF to STAY are true.

BEFORE ME on this day personally appeared SANDY SCHINZEL stated that FACTS are true.

Sandy Schinzel    210) 429-2645

THE STATE OF TEXAS,  COUNTY OF BEXAR

SWORN AND SUBCRIBED BEFORE ME ON *26 March 2015.*

Notary Public, State of Texas

CORINE CASAS
Notary Public, State of Texas
My Commission Expires
January 05, 2016

①

Thursday 3/19/15 @ 0930

Lt col. Tate Refusing:

1) No Pending work order
   to replace A/C Unit
   UP - using my son's
   small ble unit for
   cold air

2) Do Not owe $ 6000

3) Refusing to replace main
   Toilet, problems since we
   moved in Dec 15'12 - Replace
                            it !!!

4) my well lets out

5) Dishwasher Not working
   Full Capasity

Continued...

6) Heat Fan Not working in master bathroom

7) Replace sliding screen door while verticle blinds come w/ house or go had H half to buy

New set w/ Sandy

8) when a tenant pays $150⁰⁰ pet Deposit isn't it mandatory Landlord installs property fitting screens & ensure pets safety?

NO Screens @

8210 Glen fay Windcrest TX. 78239

③

Continued...

Tate Has Not come
by To Look a Toilet or
repair Damaged Since
Nov. 7'14

Nor has he replaced
A/c unit and regain
$1775ᵒᵒ monthly —

Toilet still working condition
& No wall lite asleage
Since 10-31-14 tate inspected
But RIF Fix —
I'm No Electrian !!!
EOR

<u>I</u>

Just

Want to

Be Treated

Like a

<u>Human Being</u> !!

thank you

**RECEIPT**

No. 307525

DATE Jan 28

FROM SANDY                                   $390.00

                                              DOLLARS

○ FOR RENT    8210 GLEN FOX
○ FOR

| ACCT. | 390 00 | ⊗ CASH | FROM ARREARS |
| PAID |  | ○ CHECK | TO |
|  |  | ○ MONEY ORDER |  |
| DUE |  | ○ CREDIT CARD | BY CY TATE |

A-115

Friday Dec. 19 @ 1130

— Cate No fix Toilet (cracin)

House Smells —

cancel Cate No, u Have

I Suill Blk

wait after X-MAS

She answered Cate came

2 mins later —

Soft agitated voice

Lies, Not fix @my

Right cancey —

House

coverssage

Charles Tate

6427 Vista Butte

Dec. 5, 2014, Windcrest, TX

Dear Ms Schirel:

The Owners of the home you now occupy will not extend your lease o r Renew it.

**You have thirty days to vacate the property from today-Dec 5, 2014.**

**Good luck relocating.**

**Sincerely,**

**Charles Tate, Jr.**

**Co-Owner**

*Handwritten annotations:*

Tate Friday 19th
11AM
3rd yr lease
1 yr @ XX

no heat
Tubs - Toilet
4 Sink

2 lines
Jam
3/29

# RESIDENTIAL LEASE

**Page 1 of 1**

**PARTIES:** This LEASE agreement is made and entered into by and between

Charles Tate_(Owner)_____

herein designated as OWNER, and Joe Martinez and  and Sandy  Schirel _____herein designated
as TENANTS.

**PROPERTY:** The Owner leases to the Tenant, in its present condition, the premises located at 8210 Glen Fox,San Antonio, TX 78218. The tenant may paint the interior rooms an off-white or other usually prevailing color. With owner's written permission._____ including all improvements, fixtures, and furniture (if any) as shown on attached schedule A, for **36 MONTHS** beginning onthe _First<sup>TH</sup> day of _January,2013/, to be used and occupied by those persons listed hereon only as a private dwellingof Tenant's Any additional  persons requie permission of Owner.

**R:** Tenant agrees to pay without demand, at the office of the Owner or Agent, the sum of $775.00 in advance, on the 1stday of each and every month during the term of this agreement.

**PAYMENT PENALTY:** At the option of the Owner, Tenant agrees to pay the sum of Eight percent of the monthly rental charge as a late charge in the event the rent is paid more than Five(5) days after same is due, and the additional sum of $ 25.00_Dollars for any check given as payment hereunder that is returned by the maker's bank for insufficient funds, or stopped payment.

**DEPOSIT:** Receipt is hereby acknowledged of $775 as security deposit for the faithful performance of all the terms and conditions of this lease.  Under no circumstances is the said security deposit to be construed as rent, and Tenant shall not be entitled to any interest on said deposit.  Same will be returned to Tenant upon the payment of all rent due, the vacating of the premises in a clean condition, less all charges for damage done to the property, normal wear and tear excepted, and the return of all keys thereto, and when Tenant has furnished a forwarding address to Owner.  Tenant shall not withhold payment of last month's rental or any portion thereof, on grounds that the security deposit serves as security for the unpaid rentals.  Tenant agrees to give Owner thirty (30) days notice of vacating said premises, and failure to do so shall constitute the forfeiture of the security deposit herein.

**DEFAULT:** In the event the Tenant shall default in the prompt payment of rent when same is due, or violate, or fail to perform any of the provisions of this lease, or in the event the Tenant shall abandon the premises, or leave them vacant, Owner may send written notice of such default o Tenant by mail or otherwise, to the demised premises, and unless Tenant shall completely cure said default within three days after sending of said notice.  Owner may re-enter the premises by summary proceedings, or by force, without being liable for prosecution therefore, take possession of said premises, and remove all persons or property therefrom, and may elect to either cancel this lease, or to relet the premises and receive the rent therefore, which rent shall be applied first to the expenses incurred by Owner in entering and reletting, and then to the payment of the rent due and payable under this lease, Tenant to remain liable for any deficiency which may result.  Owner shall specifically have the right to institute and maintain the statutory suit of Forcible Entry and Detainer in the proper Court, and obtain a Writ of Possession thereby.

**REPAIRS:** Tenant shall take good care of the property, and its fixtures, and shall at Tenant's own expense keep said premises in good repair, including glass, plumbing, appliances, and electrical fixtures, unless specifically agreed otherwise in writing herein.  Tenant further agrees to water and maintain the yard, grass, shrubs, and to be responsible for any damage to the premises, furnishings or fixtures, caused by himself, his family, servants, agents, or invitees.

**INSPECTION:** Owner shall have the right to enter said premises at all reasonable hours, to examine same or make repairs, and to show the premises to prospective tenants or purchasers. Tenant further covenants that he has inspected the premises, and the same are suitable for the purposes for which they are leased, and that the Owner shall not be liable for damages to the property of Tenant, his person, family, agents, or invitees, occasioned by any defects in said property, water, fire, electrical fixtures, or connections; the bursting, leaking or overflowing of any pipes, or fixtures; or by any other act, omission or negligence of Owner.

**NUISANCE:** The occupancy of the Tenant shall be conducted in such a manner as to not crate any nuisance, or interfere with, annoy, or disturb other tenants or neighbors, nor shall any pets be permitted on the above described premises unless otherwise noted in writing herein.

**ABANDONED PROPERTY:** All property left in and about the premises by Tenant, shall be considered abandoned, and may be disposed of by Owner as he shall see fit, without recourse by Tenant. All property placed on the premises by Tenant is hereby subjected to a lien in favor of Owner for the payment of all sums agreed to be paid by Tenant herein, said lien to be in addition to the landlord's lien provided by law.

**HOLDING OVER:** It is agreed that any holding over by the Tenant at the expiration of this lease shall be construed to be a tenancy from month to month at a rental of one and one-half times the rental shown herein.

**UTILITIES:** Unless otherwise mentioned herein, all utilities used in or about said premises shall be paid for by Tenant.

This lease contains the entire agreement between the parties, and no representation, inducements, promises, warranties, express or implied, or agreements, oral or otherwise, between the parties, not embodied herein, shall be of any force or effect.

Executed this the  15th_____ day of December_____ 2012_____.

__Charles Tate (Owner_____
6427  Vista Butte, San Antonio, TX 78239

_Joe Martinez
SSN: 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

Sandy Schirel
ssn: 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

OWNER –

TENANT          TENANT